IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

ROSABELLA DUGGER,

    Plaintiff,

v.                                    Case No. 1:23-cv-00181-MLG-SCY

ANTHONY ANDERSON; TRAVIS
PARKER; TRUE BULLION, LLC
d/b/a GSI EXCHANGE, LLC; CRYPTO
KNIGHT, LLC; and IRA BITCOIN, LLC,

    Defendants.

## JUDGMENT

Pursuant to Fed. R. Civ. P. 58(a), and consistent with the Order of Dismissal filed contemporaneously herewith, the Court issues its separate judgment finally disposing of this civil case. It is ordered that this civil action is dismissed with prejudice.

_____
UNITED STATES DISTRICT JUDGE
MATTHEW L. GARCIA